# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          CASE NO. 25-02392-5-DMW

**LARRISHA BARNES, and**                        **Chapter 13**
**ANTHONY BARNES,**
       **Debtors**

## MOTION TO CONTINUE HEARING

**COME NOW** Larrisha Barnes and Anthony Barnes, the Debtors in the above-captioned matter, by and through the undersigned counsel, and hereby move to continue the hearing on Exeter Finance's Motion for Relief from Stay currently scheduled in this matter for 5 August 2026.  In support of this Motion, the Debtors show to the Court the following:

1.      On 3 September 2025, the Debtor commenced this case by filing a petition under Chapter 13 of the United States Bankruptcy Code.

2.      The Court has assigned Michael Burnett as the Chapter 13 Trustee.

3.      On 21 May 2024, the Court confirmed the Debtor's Plan.

4.      Under the Debtors' Plan, the Debtors are to continue to make direct payments to Exeter Finance for their only automobile.  However, the Debtors are behind in the monthly payments.

5.      Due to this failure, Exeter Finance has filed its motion for relief from the automatic stay. (ECF No. 58)

7.      The Debtors oppose the relief requested and are working with Exeter on terms to cure the payments and are seeking alternative sources of funding.

8.      Therefore, the Debtors request that the hearing be continued to allow for the Parties to resolve the motion through a consent order.

9.      Counsel for the Debtor has reviewed the matter with the counsel for Exeter and the Movant has consented to a continuance of the hearing.

**WHEREFORE**, the Debtors request that the Court continue the scheduled hearing to another date of the Court's choosing to allow the Debtors time to resolve these issues by consent.

Respectfully submitted this the 4th day of August 2026.

**J.M. Cook, P.A.**

By: */s/ J.M. Cook*
J.M. Cook
5886 Faringdon Place
Suite 100
Raleigh, NC 27609
Tel: 919.675.2411
Fax: 919.882.1719
Email: J.M.Cook@jmcookesq.com

## CERTIFICATE OF SERVICE

I, J.M. Cook, of 5886 Faringdon Place, Suite 100, Raleigh, North Carolina, 27609, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing Motion electronically upon the Trustee, other counsel of record appearing on the docket and upon the following parties by mailing, postage prepaid, first class mail, addressed as follows:

| | |
|---|---|
| Larrisha Barnes<br>Anthony Barnes<br>378 Oak Branch Trail<br>Garner, NC 27529 | Eudora F. S. Arthur<br>Womble Bond Dickinson (US) LLP<br>555 Fayetteville St., Ste 1100<br>Raleigh, NC 27601 |

I certify under penalty of perjury that the foregoing is true and correct.

This 4th day of August 2026.

**J.M. Cook, P.A.**

By: */s/ J.M. Cook*

J.M. Cook
5886 Faringdon Place
Suite 100
Raleigh, NC 27609
Tel: 919.675.2411
Fax: 919.882.1719
Email: J.M.Cook@jmcookesq.com