# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Larrisha Barnes
 *( debtor has no known aliases )*
378 Oak Branch Trail
Garner, NC 27529

CASE NO.: 25–02392–5–DMW

DATE FILED: June 24, 2025

CHAPTER: 13

Anthony Barnes
 *( debtor has no known aliases )*
378 Oak Branch Trail
Garner, NC 27529

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Wednesday, September 2, 2026
TIME:     10:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

Motion for Relief from Stay filed by Eudora F. S. Arthur on behalf of Exeter Finance LLC

and to transact all other business as may properly come before the court.

The automatic stay shall remain in effect until the date of the hearing.

DATED: August 5, 2026

David M. Warren
United States Bankruptcy Judge